| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Botas Santa Cruz Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Intercambio Express<br>426 N. Main St.<br>Elkhart, IN 46516 | | Claim for Breach of Contract | Disputed | | | $545,000.00 |
| US Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935 | | | | $125,000.00 | $0.00 | $125,000.00 |
| Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $10,745.48 |
| Capital One<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | | Business Credit Card | | | | $10,269.01 |
| CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| Corporation Service Company<br>1623 9th Street<br>Springfield, IL 62708 | | | | Unknown | $0.00 | Unknown |
| Fundbox<br>268 Busher Street #2821<br>San Francisco, CA 94104 | | | | Unknown | $0.00 | Unknown |
| Intercambio Express<br>426 North Main Street<br>Elkhart, IN 46516 | | | | Unknown | $0.00 | Unknown |

Debtor **Botas Santa Cruz Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intermex Wire Transfer LLC<br>9100 South Dadeland Blvd.<br>Suite 1101<br>Miami, FL 33156** | | | | Unknown | $0.00 | Unknown |
| **Intermex Wire Transfer, LLC<br>9480 South Dixie Highway<br>Miami, FL 33156** | | | | $92,000.00 | $0.00 | Unknown |
| **Jose Ramon Meza-Aguirre<br>8264 Elati Street<br>Denver, CO 80221** | | | | Unknown | $0.00 | Unknown |
| **Viamericas Corporation<br>7910 Woodmont Avenue<br>Suite 220<br>Bethesda, MD 20814** | | | | Unknown | $0.00 | Unknown |